Before the Second Division, December 13, 1944

No. 49861.—Protest 110517–K of Daniel F. Young, Inc. (New York).

Opinion by Tilson, J. An examination of the official papers disclosed no reason for disturbing the classification made by the collector. The protest was therefore overruled.